318

UNITED STATES of America

v.

110.69 ACRES OF LAND IN ATCHISON COUNTY, KANSAS, et al.

No. 5697.

United States Court of Appeals
Tenth Circuit.

Aug. 5, 1957.

William C. Farmer, U. S. Atty., and Charles W. Ward, Asst. U. S. Atty., Topeka, Kan., and Perry W. Morton, Asst. Atty. Gen., and Roger P. Marquis, Atty., Department of Justice, Washington, D. C., for appellant.

Lawrence R. Brown, Kansas City, Mo., John E. Buehler, Balie P. Waggener, Maurice P. O'Keefe, Sr., Maurice P. O'Keefe, Jr., Atchison, Kan., and James Yates, Kansas City, Kan., for appellees.

BRATTON, Chief Judge.

Docketed and dismissed pursuant to stipulation of the parties.

Walter Lee PARMAN

v.

UNITED STATES of America.

No. 5722.

United States Court of Appeals
Tenth Circuit.

Sept. 6, 1957.

Donald E. Kelley, U. S. Atty., and Robert S. Wham, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee for failure of appellant diligently to prosecute the same.

Lewis Gordon BREWER

v.

UNITED STATES of America.

No. 5652.

United States Court of Appeals
Tenth Circuit.

Sept. 7, 1957.

Paul W. Cress, U. S. Atty., and H. Dale Cook, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

W. F. SNAKARD

v.

MOORE OIL, Inc.

MOORE OIL, Inc.,

v.

W. F. SNAKARD.

Nos. 5618, 5619.

United States Court of Appeals
Tenth Circuit.

Sept. 6, 1957.

P. D. Erwin, Chandler, Okl., and J. B. Dudley and J. B. Dudley, Jr., Oklahoma City, Okl., for W. F. Snakard.

Paul Brown, Oklahoma City, Okl., for Moore Oil, Inc.

Before BRATTON, Chief Judge, and HUXMAN and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Remanded to the District Court on joint motion of the parties. D.C., 150 F.Supp. 250.